**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-02180-LTB-MEH

LORI MARTSOLF,

        Plaintiff,

v.

ARCTIC OILFIELD SERVICES, LLC, a Wyoming corporation doing business in Colorado,

        Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal With Prejudice (Doc 9 - filed November 19, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                       s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:    November 22, 2010